191 So.2d 143

Thomas G. MATTHEWS

v.

Lee Roy FRANTOM et al.

No. 48430.

Nov. 7, 1966.

In re: Maryland Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 189 So.2d 699.

The application is denied. There appears no error in the judgment complained of.

191 So.2d 143

CITY OF PINEVILLE

v.

W. H. MILLER.

No. 48443.

Nov. 7, 1966.

In re: W. H. Miller applying for writs of certiorari (review), prohibition, mandamus and for a stay order.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.